AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Lettow, Charles F. | 2. Court or Organization<br><br>U.S. Court of Federal Claims | 3. Date of Report<br><br>05/06/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Ct. of Fed. Claims Judge -- Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

| 7. Chambers or Office Address |
|---|
| National Courts Building<br>717 Madison Place, N.W.<br>Washington, DC 20005 |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   President and Director | Busy Way Farms, Inc. (Subchapter S farm entity wholly owned ▇▇▇ position is not compensated) |
| 2.   Partner | Homestead Partnership (small farm entity wholly owned ▇▇▇ position is not compensated) |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1/1/1993 | Cleary, Gottlieb, Steen & Hamilton retirement plan with former law firm, no control |
| 2. | (NOTE: An opinion from the Committee on Codes of Conduct dated June 13, 2003, considers that receipt of the retirement annuity provided under this plan accords |
| 3. | with the Code of Conduct for United States Judges.) |

| Name of Person Reporting | Date of Report |
|---|---|
| Lettow, Charles F. | 05/06/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | Cleary, Gottlieb, Steen & Hamilton (retirement annunity) | $654,822.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | ABA Litigation Section-Ann. Mtg.. | Apr. 24-26 | Chicago, IL | speaker | transportation, meals & lodging |
| 2. | Busy Way Farms, Inc. | Sep. 25-Oct. 1 | Iowa Falls, IA | trip to farms | transportation, meals & lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Lettow, Charles F. | 05/06/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   IRA # 1 | C | Int./Div. | M | T | | | | | |
| 2.   -Citibank Dep. Prog. | | | | | | | | | |
| 3.   -AEE | | | | | | | | | |
| 4.   -BGS | | | | | | | | | |
| 5.   -CAT | | | | | | | | | |
| 6.   -CL | | | | | | | | | |
| 7.   -MWV | | | | | | | | | |
| 8.   -SJM | | | | | | | | | |
| 9.   (H) Brokerage Act. # 1 | | | | | | | | | |
| 10.  -Citibank Dep. Program | A | Interest | | | | | | | See Part VIII |
| 11.  Morgan Stanley Bank (transfer from Citibank Dep. Program) | A | Interest | J | T | | | | | See Part VIII |
| 12.  -COF | A | Dividend | L | T | | | | | |
| 13.  -COV | A | Dividend | J | T | | | | | |
| 14.  -CL | C | Dividend | M | T | | | | | |
| 15.  KMI- | A | Dividend | J | T | | | | | |
| 16.  KMI wts- | | None | J | T | | | | | |
| 17.  -BBT | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lettow, Charles F. | 05/06/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MNK (spin-off from COV) | | None | J | T | | | | | |
| 19. -GIS | C | Dividend | M | T | | | | | |
| 20. -ING | | None | J | T | | | | | |
| 21. -MRK | A | Dividend | K | T | | | | | |
| 22. -MMM (3M) | B | Dividend | M | T | | | | | |
| 23. -NOK | | None | J | T | | | | | |
| 24. -TEL | A | Dividend | J | T | | | | | |
| 25. -VZ | A | Dividend | J | T | | | | | |
| 26. -WFC | B | Dividend | L | T | | | | | |
| 27. -JNJ | B | Dividend | L | T | | | | | |
| 28. IRA # 2 | G | Int./Div. | P1 | T | | | | | |
| 29. -Citibank Dep. Program | | | | | | | | | |
| 30. -BBT | | | | | | | | | |
| 31. -BGS | | | | | | | | | |
| 32. -CAT | | | | | | | | | |
| 33. -CVX | | | | | | | | | |
| 34. -CL | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lettow, Charles F. | 05/06/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -INGR | | | | | | | | | |
| 36. -GE | | | | | | | | | |
| 37. -MWV | | | | | | | | | |
| 38. -PKG | | | | | | | | | |
| 39. -PX | | | | | | | | | |
| 40. -SJM | | | | | | | | | |
| 41. -XOM | | | | | | | | | |
| 42. -Clearbridge Equity Income A (SOPAX) (Name change) | | | | | | | | | |
| 43. -Clearbridge Large Cap Growth A (SBLGX) (Name change) | | | | | | | | | |
| 44. (H) Brokerage Act. # 2 | | | | | | | | | |
| 45. -Morgan Stanley Tax-Free Daily Income Trust | | None | J | T | | | | | |
| 46. -AEE | D | Dividend | M | T | | | | | |
| 47. -COF | D | Dividend | P1 | T | | | | | |
| 48. WFC | B | Dividend | M | T | | | | | |
| 49. -PKG | D | Dividend | O | T | | | | | |
| 50. -PX | D | Dividend | N | T | | | | | |
| 51. -SJM | D | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lettow, Charles F. | 05/06/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐     NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  (H) Brokerage Act. # 3 | | | | | | | | | |
| 53.  -Citibank Dep. Program | A | Interest | M | T | | | | | |
| 54.  -FITB | A | Dividend | K | T | | | | | |
| 55.  -MWV | A | Dividend | J | T | | | | | |
| 56.  -PX | A | Dividend | J | T | | | | | |
| 57.  (H) Brokerage Act. # 4 | | | | | | | | | |
| 58.  -ML Bank Dep. Program | A | Interest | J | T | | | | | See Part VIII |
| 59.  BIF Money Fund (partial transfer from ML Bank Dep. Program) | | None | J | T | | | | | See Part VIII |
| 60.  -LNT | A | Dividend | J | T | | | | | |
| 61.  -BPT | C | Royalty | K | T | | | | | |
| 62.  -CL | E | Dividend | O | T | | | | | |
| 63.  -XOM | D | Dividend | N | T | | | | | |
| 64.  -BBT | E | Dividend | O | T | | | | | |
| 65.  -ING | | None | K | T | | | | | |
| 66.  - KMI | E | Dividend | N | T | | | | | |
| 67.  - KMI wts | | None | L | T | | | | | |
| 68.  (H) Brokerage Act. # 5 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -PEP | D | Dividend | N | T | | | | | |
| 70. -QEP | B | Dividend | N | T | | | | | |
| 71. -STR | D | Dividend | N | T | | | | | |
| 72. -USAA Money Mkt. Fund | A | Dividend | J | T | | | | | |
| 73. USAA Money Mkt. Fund | A | Dividend | M | T | | | | | |
| 74. USAA VA Money Market Fund | A | Dividend | J | T | | | | | |
| 75. Mass Mutual Whole Life | A | Distribution | J | U | | | | | |
| 76. Thrivent Whole Life | A | Distribution | J | U | | | | | |
| 77. USAA Whole Life 1 | B | Distribution | K | U | | | | | |
| 78. USAA Whole Life 2 | B | Distribution | K | U | | | | | |
| 79. Pacific Life Variable (Fixed LT Account) | E | Distribution | O | U | | | | | |
| 80. USAA Subsc. Sav. Act. | A | Distribution | J | U | | | | | |
| 81. Busy Way Farms | E | Int./Div. | O | U | | | | | |
| 82. BB&T bank act | A | Interest | J | T | | | | | |
| 83. Homestead Partnership | C | Distribution | K | U | | | | | |
| 84. Stoneham Partners | D | Int./Div. | P2 | U | Buy | 11/12/13 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lettow, Charles F. | 05/06/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Regarding lines 10, 11, 58, and 59, cash held by brokerage firms was shifted by them from one depository entity to another.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Charles F. Lettow**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544